FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 02, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RICHARD M., on behalf of KODIE M. (deceased),<br><br>                 Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                 Defendant. | NO: 1:22-CV-3032-RMP<br><br>ORDER GRANTING PARTIES' STIPULATED MOTION TO REMAND |

BEFORE THE COURT is the parties' Stipulated Motion to Remand pursuant to sentence four of 42 U.S.C. § 405(g). ECF No. 9. Plaintiff Richard M., on behalf of Kodie M., deceased,[1] is represented by attorney D. James Tree. The Commissioner of Social Security is represented by Special Assistant United States Attorney L. Heidi Triesch.

---

[1] The Court uses Plaintiff's first name and last initial to protect his privacy.

ORDER GRANTING PARTIES' STIPULATED MOTION TO REMAND ~ 1

After consideration, **IT IS HEREBY ORDERED** that the parties' Stipulated Motion for Remand, **ECF No. 9**, is **GRANTED**. Pursuant to the parties' stipulation, the Commissioner's final decision is **reversed and remanded** for a new hearing before an Administrative Law Judge ("ALJ") and a new decision regarding Plaintiff's applications for disability insurance and supplemental security income benefits, pursuant to sentence four of 42 U.S.C. §405(g).

On remand, the ALJ shall further develop the record; re-evaluate the medical source opinions, prior administrative medical findings, non-medical source statements, and Plaintiff's allegations; reassess Plaintiff's mental impairments; obtain medical expert evidence to determine whether Plaintiff met or equaled a listing during the periods at issue; and, as needed, make a new residual functional capacity finding and obtain vocational expert evidence to reassess whether there were jobs in significant numbers Plaintiff could have performed despite his limitations. The ALJ will issue a new decision adjudicating the issue of Plaintiff's disability prior to his date last insured under the claim for Title II disability benefits and for the period prior to August 6, 2020, under the Title XVI claim for disability benefits. *See* ECF No. 9 at 1–2.

Upon proper presentation, this Court will consider Plaintiff's application for costs and attorney's fees under 28 U.S.C. §§ 1920, 2412(d).

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Summary Judgment, **ECF No. 8**, is **DENIED AS MOOT**.

**IT IS SO ORDERED.** The District Court Clerk is directed to enter this Order, provide copies to counsel, enter judgment in favor of Plaintiff, and **close the file**.

**DATED** September 2, 2022.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
Senior United States District Judge
